UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPYROS RAIKOS, individually and as owner of
RAIKOS ELECTRIC, LLC; and RAIKOS
ELECTRIC LLC,

                Plaintiffs,

      -against-

MICHAEL KELLMAN a/k/a/ MICHAEL O.
KELLMAN a/k/a MICHAEL O'NEAL
KELLMAN; AIXA M. NUNEZ; NIKESHA HUSE
a/k/a KIESHA HUSE; HOWARD M. GUROCK,
ESQ.; LAW FIRM OF ALBERGO SHMARUK &
KOFMAN, LLC; LOCAL UNION NO. 3 IBEW
NY; MINORITY AND WOMEN-OWNED
BUSINESS ENTERPRISES; MERCHANTS
INSURANCE GROUP; LANMARK GROUP,
INC.; UNITED STATES FIRE INSURANCE
COMPANY; AT&T, INC.; THE CITY OF NEW
YORK DEPARTMENT OF BUILDINGS
*(PENDING FILING OF NOTICE OF CLAIM)*;
JOHN DOE 1 THROUGH JOHN DOE 10; and
ABC CORPORATION 1 THROUGH ABC
CORPORATION 10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/26/2026

26 Civ. 1509 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiffs have filed a notice of removal from the Supreme Court of the State of New York, New York County in the above-captioned action, under 28 U.S.C. §§ 1334(b) and 1452(a). *See* Notice of Removal ("NOR"), ECF No. 1. Plaintiffs allege that this Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1334(b), which gives this Court "original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11." NOR ¶ 9. Plaintiffs represent that this matter is "'related to Debtors' bankruptcy proceedings because, as noted, the Action directly impacts estate property and the ownership thereof," NOR ¶ 10, and appear to contemplate further motion practice related to venue. *See* NOR ¶ 5.

By **March 4, 2026**, Plaintiffs shall serve Defendants a copy of the NOR, the accompanying exhibits, and a copy of this order and file proof of service on the docket.  By **March 9, 2026**, Defendants shall indicate whether they contest removal.

SO ORDERED.

Dated: February 26, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge

2