UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPYROS RAIKOS, individually and as owner of
RAIKOS ELECTRIC, LLC; and RAIKOS
ELECTRIC LLC,

                              Plaintiffs,

                -against-

MICHAEL KELLMAN a/k/a/ MICHAEL O.
KELLMAN a/k/a MICHAEL O'NEAL
KELLMAN; AIXA M. NUNEZ; NIKESHA HUSE
a/k/a KIESHA HUSE; HOWARD M. GUROCK,
ESQ.; LAW FIRM OF ALBERGO SHMARUK &
KOFMAN, LLC; LOCAL UNION NO. 3 IBEW
NY; MINORITY AND WOMEN-OWNED
BUSINESS ENTERPRISES; MERCHANTS
INSURANCE GROUP; LANMARK GROUP,
INC.; UNITED STATES FIRE INSURANCE
COMPANY; AT&T, INC.; THE CITY OF NEW
YORK DEPARTMENT OF BUILDINGS
*(PENDING FILING OF NOTICE OF CLAIM)*;
JOHN DOE 1 THROUGH JOHN DOE 10; and
ABC CORPORATION 1 THROUGH ABC
CORPORATION 10,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2026_____

26 Civ. 1509 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiffs have filed two voluntary dismissals, invoking Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* ECF Nos. 7–8. Accordingly:

- Defendant United States Fire Insurance Company is DISMISSED from the action. This dismissal is with prejudice. *See* ECF No. 7.
- Defendants New York City Department of Buildings and New York City Department of Small Business Services are DISMISSED from the action. This dismissal is without prejudice. *See* ECF No. 8 at 2.

The Clerk of Court is respectfully directed to terminate Defendants United States Fire Insurance Company, New York City Department of Buildings, and New York City Department of Small Business Services from the case caption.

SO ORDERED.

Dated: March 9, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

2