UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPYROS RAIKOS, individually and as owner of
RAIKOS ELECTRIC, LLC; and RAIKOS
ELECTRIC LLC,

                          Plaintiffs,

        -against-

MICHAEL KELLMAN a/k/a/ MICHAEL O.
KELLMAN a/k/a MICHAEL O'NEAL
KELLMAN; AIXA M. NUNEZ; NIKESHA HUSE
a/k/a KIESHA HUSE; HOWARD M. GUROCK,
ESQ.; LAW FIRM OF ALBERGO SHMARUK &
KOFMAN, LLC; LOCAL UNION NO. 3 IBEW
NY; MERCHANTS INSURANCE GROUP;
LANMARK GROUP, INC.; AT&T, INC.; JOHN
DOE 1 THROUGH JOHN DOE 10; and ABC
CORPORATION 1 THROUGH ABC
CORPORATION 10,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/11/2026___

26 Civ. 1509 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

On February 23, 2026, Plaintiffs removed this action to federal court pursuant to 28 U.S.C. §§ 1334(b) and 1452(a), and Federal Rule of Bankruptcy Procedure 9027(a).  *See* ECF No. 1.  On March 9, 2026, Defendant Local Union No. IBEW NY ("Local 3") filed a timely objection to removal.  *See* ECF No. 12.  No other Defendant has objected to removal at this time.  Accordingly:

- By **April 1, 2026**, Local 3 shall file its motion to remand;
- By **April 15, 2026**, Plaintiffs shall respond;
- By **April 22, 2026**, Local 3 shall file its reply, if any.

Plaintiffs' motion to change venue, filed at ECF No. 13, will be held in abeyance pending the Court's determination of Local 3's remand motion.

SO ORDERED.

Dated: March 11, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge