UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPYROS RAIKOS, individually and as owner of
RAIKOS ELECTRIC, LLC; and RAIKOS
ELECTRIC LLC,

                    Plaintiffs,

        -against-

MICHAEL KELLMAN a/k/a/ MICHAEL O.
KELLMAN a/k/a MICHAEL O'NEAL
KELLMAN; AIXA M. NUNEZ; NIKESHA HUSE
a/k/a KIESHA HUSE; HOWARD M. GUROCK,
ESQ.; LAW FIRM OF ALBERGO SHMARUK &
KOFMAN, LLC; LOCAL UNION NO. 3 IBEW
NY; MERCHANTS INSURANCE GROUP;
LANMARK GROUP, INC.; AT&T, INC.; JOHN
DOE 1 THROUGH JOHN DOE 10; and ABC
CORPORATION 1 THROUGH ABC
CORPORATION 10,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/26/2026_____

26 Civ. 1509 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Defendant Local Union No. 3 IBEW, by letter dated March 13, 2026, has withdrawn its objection to removal previously filed on March 9.  *See* ECF No. 15.  No other Defendant has objected to removal.  *See* ECF No. 3 (setting March 9 objection deadline).

       On March 10, 2026, Plaintiffs filed a motion to transfer this case to the United States Bankruptcy Court for the District of New Jersey under 28 U.S.C. §§ 1404(a) and 1412.  *See* ECF No. 13.  This motion was not filed in accordance with Rule III(A) of the undersigned's Individual Practices in Civil Cases, which requires "[a] pre-motion letter . . . prior to the filing of any motion," except for certain delineated exceptions.

       Accordingly, the Court DENIES the motion filed at ECF No. 13, without prejudice to renewal.  Plaintiffs shall file their pre-motion letter for their contemplated motion to transfer venue by **April 2, 2026**.  Defendants shall file their response by **April 9, 2026**, which shall either state the basis for their opposition to Plaintiffs' motion, or state that they do not oppose Plaintiffs' motion. Thereafter, the Court will set a briefing schedule for the motion(s).

Additionally, Plaintiffs represent that "Defendants Gurock, ASK Law Firm, and AT&T are no longer parties to this action." ECF No. 6 at 4. Accordingly, Plaintiffs shall file a notice of dismissal as to those parties by **April 2, 2026**. *See* Fed. R. Civ. P. 41(a)(1).

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Dated: March 26, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge